# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORNEILOUS A. WHEELER

NO. 2022 KW 0621

**AUGUST 29, 2022**

---

In Re:   Corneilous A. Wheeler, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 15-196,007.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of St. Mary Parish reflects that on March 8, 2022, the district court denied relator's motion to reconsider the May 24, 2021 judgment denying his Motion to Correct an Illegal Sentence.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_q.Sn_
DEPUTY CLERK OF COURT
FOR THE COURT